UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WOMEN & INFANTS' HOSPITAL OF RI

CA 04-535ML

V.

COMMUNITY HEALTH NETWORK OF CT.

ORDER

All counsel having agreed to refer the above entitled action to ADR, it is hereby ordered that **Anthony DeMarco, Esq.** is appointed as neutral and a conference shall be held on August 16, 2005 and a report shall be filed with the Court within two (2) weeks from the date of that conference.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
U.S. District Court Judge
June 8, 2005

Entered as an Order of this Court on June 10, 2005.

Barbara Barletta
Deputy Clerk