UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WOMEN & INFANTS' HOSPITAL OF RHODE ISLAND,

Plaintiff,

- vs -

COMMUNITY HEALTH NETWORK OF CONNECTICUT, INC.,

Defendant.

CA NO. 04-0535ML

**ENTRY OF APPEARANCE**

Jeffrey S. Brenner, Esquire, hereby enters an appearance on behalf of Plaintiff, Women & Infants' Hospital of Rhode Island.

Plaintiff,
Women & Infants' Hospital of Rhode Island
By its Attorney,

Jeffrey S. Brenner (#4369)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030

Dated: June 20, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20 day of June, 2005, I caused a true copy of the within Entry of Appearance to be mailed to the following:

Brooks R. Magratten, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

Andrew Zeitlin, Esq.
Shipman & Goodwin LLP
300 Atlantic Street
Stamford, CT 06901

Susan Guerremont