UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WOMEN & INFANTS' HOSPITAL OF RHODE ISLAND,

Plaintiff,

- vs -

COMMUNITY HEALTH NETWORK OF CONNECTICUT, INC.,

Defendant.

CA NO. 04-0535ML

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Linn Freedman hereby withdraws as counsel for Plaintiff, Women & Infants' Hospital of Rhode Island in the above-captioned action. Jeffrey Brenner of Nixon Peabody LLP is entering his appearance contemporaneously herewith.

Women & Infants' Hospital of Rhode Island
By its Attorneys,

Linn F. Freedman
Linn F. Freedman (#4778)
NIXON PEABODY LLP
One Citizens Plaza, 5th Floor
Providence, RI 02903
Tel: (401) 454-1108
Fax: (866) 807-6614

Dated: June 20 2005

P124576.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20 day of June, 2005, I caused a true copy of the within Notice of Withdrawal of Appearance to be mailed to the following:

Brooks R. Magratten, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

Andrew Zeitlin, Esq.
Shipman & Goodwin LLP
300 Atlantic Street
Stamford, CT 06901

Susan Guevremont