UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
JUL 08 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WOMEN & INFANTS' HOSPITAL OF RHODE ISLAND, Plaintiff | ) | C.A. No. 04-0535/ML |
| v. | ) | |
| COMMUNITY HEALTH NETWORK OF CONNECTICUT, INC., Defendant | ) | **STIPULATION** |

Plaintiff and defendant Community Health Network of Connecticut agree that defendant may have up to and including July 29, 2005 to respond to plaintiff's document requests.

Jeffrey Brenner, Esq.#4369
Nixon Peabody,LLP
Attorneys for Plaintiff
One Citizens Plaza, Suite 500
Providence, RI 02903
(401) 454-1000
(401) 454-1030[FAX]

Brooks R. Magratten, Esq. #3585
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, RI 02903
(401) 421-3060
(401) 272-6803 [FAX]

Andrew Zeitlin, Esq.
Shipman & Goodwin LLP
300 Atlantic Street
Stamford, CT 06901
(203) 324-8100
(203) 324-8199

Dated: July 7, 2005

Enter: Mary M. Lisi USDJ 7/8/05