UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WOMEN & INFANTS HOSPITAL OF RHODE ISLAND, Plaintiff | ) | C.A. No. 04-0535/ML |
| v. | ) | |
| COMMUNITY HEALTH NETWORK OF CONNECTICUT, INC., Defendant | ) | |

**NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE THAT, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, on January 15, 2006, commencing at 1:00 p.m., at the offices of Vetter & White, 20 Washington Place, Providence, Rhode Island 02903, the defendant, Community Health Network of Connecticut, Inc. (hereinafter "CHNCT"), will take the deposition of the person or persons designated by the plaintiff, Women & Infants Hospital of Rhode Island (hereinafter "Women & Infants Hospital"), to testify as to the following matters:

(1) agreements between Women & Infants Hospital and CHNCT for the provision of services by Women & Infants Hospital to Ms. Doe and/or Baby Doe;

(2) services provided to Ms. Doe and Baby Doe by Women & Infants Hospital;

(3) costs incurred by Women & Infants Hospital in providing services to Ms. Doe and Baby Doe;

(4) analyses of Women & Infants Hospital's costs in providing any of the services that Women & Infants Hospital provided to Ms. Doe and Baby Doe;

(5) CHNCT's alleged approval and/or authorizatio n of Ms. Doe's and Ba by Doe's admission and/or treatment at Women & Infants Hospital;

(6) the fair, reasonable, and customary value of the services provided to Ms. Doe and Baby Doe;

(7) the Rhode Island Medicaid reimbursement rates, in 2003 and currently, for the services provided by Women & Infants Hospital to Ms. Doe and Baby Doe;

(8) Women & Infants Hospital's participat ion, in 2003 and currently, in the Connecticut Medical Assistance Program;

(9) any agreements, covering the time period 2003 to the present, between Women & Infants Hospital and the State of Connecticut concerning the provision of medical services;

(10) the reimbursement rate, in 2003 and currently, set by the Connecticut Department of Social Services for Connecticut Medicaid eligible recipients, for the services provided to Ms. Doe and Baby Doe;

(11) amounts charged by Women & Infants Hospital to any HMO, PPO, government agency, or medical insurance carrier for providing any of the services that Women & Infants Hospital provided to Ms. Doe and Baby Doe; and

(12) amounts received by Women & Infants Hospital from or on behalf of any HMO, PPO, government agency, or medical insurance carrier for any of the services that Women & Infants Hospital provided to Ms. Doe and Baby Doe.

The deposition will be taken by stenographic means before a certified court reporter or other competent authority. You are invited to attend and participate as authorized by law.

Women and Infants Hospital is requested to provide to CHNCT, seven days prior to the depositions, a written designation of the names of the officers, directors, managing agents, records custodians or other persons who will testify on behalf of Women and Infants Hospital. Women and Infants Hospital shall set forth, for each person designated, the matter or matter on which that person will testify.

Brooks R. Magratten (CAS)

Brooks R. Magratten, Esq. #3585
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, RI 02903
(401) 421-3060
Fax: (401) 272-6803

Andrew M. Zeitlin, Esq.
SHIPMAN & GOODWIN LLP
300 Atlantic Street
Stamford, CT 06901
(203) 324-8100
Fax: (203) 324-8199

Date: December 29, 2005

**CERTIFICATE OF SERVICE**

TO:

Jeffrey S. Brenner, Esq.
Nixon Peabody, LLP
One Citizens Plaza, 5th Floor
Providence, RI 02903

I hereby certify I caused to be served on the above-named counsel of record a copy of the within Affidavit by first class mail, postage prepaid, on the 29th day of December, 2005.

______________________________