UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WOMEN & INFANTS HOSPITAL OF RHODE ISLAND, Plaintiff | ) | C.A. No. 04-0535/ML |
| v. | ) | |
| COMMUNITY HEALTH NETWORK OF CONNECTICUT, INC., Defendant | ) | |

**AFFIDAVIT OF ANDREW M. ZEITLIN IN SUPPORT OF MOTION TO COMPEL**

STATE OF CONNECTICUT )
) ss:
COUNTY OF FAIRFIELD )

Andrew M. Zeitlin, being duly sworn, deposes and says:

1. I am a partner with the law firm of Shipman & Goodwin LLP, attorneys for the defendant in this action. I make this affidavit in support of the defendant's motion to compel the plaintiff to produce documents responsive to defendant's First Request for Production of Documents, and to testify in response to a deposition notice served by defendant.

2. On or about July 25, 2005, defendant's Rhode Island counsel, Brooks R. Magratten, Esq., served plaintiff with defendant's First Request for Production of Documents. A copy of that discovery request is attached hereto as Exhibit A.

3. Plaintiff served responses and objections to the First Request for Production of Documents on or about August 24, 2005. A copy of plaintiff's responses and objections is attached hereto as Exhibit B.

4. On December 15, 2005, I sent a letter to Attorney Jeffrey Brenner, counsel for the plaintiff, a copy of which is attached hereto as Exhibit C, expressing my desire to resolve in good faith plaintiff's objections to request numbers 11, 12 and 13 of defendant's discovery request.

On behalf of defendant, I offered to limit the timeframe for the documents requested, and offered to have responsive documents produced pursuant to a confidentiality agreement.

5. I recently spoke with Attorney Brenner, who informed me that plaintiff will not produce the documents requested absent a court order compelling it to do so. Attorney Brenner also informed me, by letter dated January 6, 2006, that he intends to move for a protective order in response to a Rule 30(b)(6) deposition notice defendant served on December 29, 2005. Copies of the deposition notice and Attorney Brenner's letter are attached hereto as Exhibits D and E.

6. For the reasons set forth herein, as well as those set forth in the accompanying memorandum of law, the undersigned counsel for defendant respectfully requests that the Court grant its motion to compel the plaintiff to comply with its First Request for Production of Documents, together with such other and further relief as the Court deems proper.

Andrew M. Zeitlin

Sworn to before me this
9th day of January, 2006.

Notary Public

SONYA R. TINSLEY
NOTARY PUBLIC
MY COMMISSION EXPIRES MAY 31, 2008

128494 v.02 S3

**CERTIFICATE OF SERVICE**

To: Jeffrey S. Brenner, Esq.
Nixon Peabody, LLP
One Citizens Plaza, 5th Floor
Providence, RI 02903

I hereby certify I caused to be served on the above-named counsel of record a copy of the within Affidavit of Andrew M. Zeitlin in Support of Motion to Compel by first class mail, postage prepaid, on the 10th day of January 2006.

Cynthia Dragon