UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
AUG 2 5 2005
VETTER & WHITE

WOMEN & INFANTS' HOSPITAL OF RHODE ISLAND,

Plaintiff,

v.

C.A. No. 04-0535/ML

COMMUNITY HEALTH NETWORK OF CONNECTICUT, INC.,

Defendant.

**PLAINTIFF'S RESPONSE TO DEFENDANT'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Plaintiff hereby responds to Defendant's First Request for Production of Documents dated July 25, 2005, received on July 26, 2005, as follows:

GENERAL OBJECTIONS

Plaintiff objects to the prefatory definitions and instructions to Defendant's Request for Production of Documents to the extent that it exceeds the requirements of the Federal Rules of Civil Procedure and/or the Local Rules of this Court.

SPECIFIC RESPONSES

REQ. 1 Each and every document constituting, referring, or relating to any agreement between Women & Infants Hospital and CHNCT for the provision of services by Women & Infants Hospital to Ms. Doe and/or Baby Doe, including, without limitation, all documents that Women & Infants Hospital contends constitute the contract (the "Contract") described in paragraph 27 of the Complaint.

RESP. 1 Please refer to the documents attached to the Memorandum of Law in Support of Plaintiff's Objection to Defendant's Motion to Dismiss. As discovery is ongoing, Plaintiff reserves the right to supplement this response as additional responsive documents become available.

REQ. 2 Each and every document referring or relating to Women & Infants Hospital's performance of the alleged Contract, including, without limitation:

(a) documents referring or relating to costs incurred by Women & Infants Hospital in providing any and all services to Ms. Doe and Baby Doe;

(b) documents constituting, referring or relating to Women & Infants Hospital's demands for payment for any services provided to Ms. Doe and Baby Doe;

(c) documents referring or relating to the services provided by Women and Infants Hospital;

(d) documents constituting, referring or relating to payments made to Women & Infants Hospital for any services provided to Ms. Doe and Baby Doe; and

(e) documents constituting, referring or relating to the alleged refusal to pay Women & Infants Hospital for services provided to Ms. Doe and Baby Doe.

RESP. 2 Please refer to the documents attached to the Memorandum of Law in Support of Plaintiff's Objection to Defendant's Motion to Dismiss as well as the documents produced by Defendant in response to Plaintiff's Request for Production of Documents. As discovery is ongoing, Plaintiff reserves the right to supplement this response as additional responsive documents become available.

REQ. 3 Each and every document constituting, referring or relating to CHNCT's alleged approval and/or authorization of Ms. Doe's and Baby Doe's admission and/or treatment at Women & Infants Hospital, as alleged in paragraphs 13, 16 and 17 of the Complaint.

RESP. 3 Please refer to the documents attached to the Memorandum of Law in Support of Plaintiff's Objection to Defendant's Motion to Dismiss as well as the documents produced by Defendant in response to Plaintiff's Request for Production of Documents. As discovery is ongoing, Plaintiff reserves the right to supplement this response as additional responsive documents become available.

REQ. 4 Each and every document referring or relating to the alleged fair and reasonable value of the medical services provided to Ms. Doe and Baby Doe by Women & Infants Hospital, and/or the computation thereof, as alleged in paragraph 36 of the Complaint.

RESP. 4 Please refer to the documents attached to the Memorandum of Law in Support of Plaintiff's Objection to Defendant's Motion to Dismiss. As discovery is ongoing, Plaintiff reserves the right to supplement this response as additional responsive documents become available.

REQ. 5 Each and every book, record, and/or other document which constitutes, relates or refers in any way to the amount alleged to be due and owing by CHNCT, as alleged in paragraph 48 of the Complaint.

RESP. 5 Please refer to the documents attached to the Memorandum of Law in Support of Plaintiff's Objection to Defendant's Motion to Dismiss. As discovery is ongoing, Plaintiff reserves the right to supplement this response as additional responsive documents become available.

REQ. 6 Each and every document referring or relating to the damages sought by Women & Infants Hospital against CHNCT.

RESP. 6 Please refer to the documents attached to the Memorandum of Law in Support of Plaintiff's Objection to Defendant's Motion to Dismiss. As discovery is ongoing,

Plaintiff reserves the right to supplement this response as additional responsive documents become available.

REQ. 7 Each and every document sent by or on behalf of Women & Infants Hospital to any person or entity referring or relating to the allegations of the Complaint, directly or indirectly.

RESP. 7 Objection. This request seeks documents which are protected by privilege including but not limited to the attorney-client privilege and/or the work product doctrine. Without waiving the objection, please refer to the documents attached to the Memorandum of Law in Support of Plaintiff's Objection to Defendant's Motion to Dismiss. As discovery is ongoing, Plaintiff reserves the right to supplement this response as additional responsive documents become available.

REQ. 8 Each and every document constituting, referring, or relating to any request for payment by Women & Infants Hospital to any person or entity for services provided to Ms. Doe or Baby Doe.

RESP. 8 Please refer to the documents attached to the Memorandum of Law in Support of Plaintiff's Objection to Defendant's Motion to Dismiss. As discovery is ongoing, Plaintiff reserves the right to supplement this response as additional responsive documents become available.

REQ. 9 Each and every document and/or any file maintained by or on behalf of Women & Infants Hospital, including but not limited to costs analyses, telephone logs, meeting minutes, or any summaries thereof, relating or referring to any services provided to Ms. Doe and/or Baby Doe.

RESP. 9 Please refer to the documents attached to the Memorandum of Law in Support of Plaintiff's Objection to Defendant's Motion to Dismiss. As discovery is ongoing,

Plaintiff reserves the right to supplement this response as additional responsive documents become available.

<u>REQ. 10</u> Each and every document referring or relating to Ms. Doe's admission to Women & Infants Hospital.

<u>RESP. 10</u> Please refer to the documents attached to the Memorandum of Law in Support of Plaintiff's Objection to Defendant's Motion to Dismiss. As discovery is ongoing, Plaintiff reserves the right to supplement this response as additional responsive documents become available.

<u>REQ. 11</u> Each and every document constituting, referring or relating to reports, studies, or analyses of the costs of any of the services that Women & Infants provided to Ms. Doe and/or Baby Doe.

<u>RESP. 11</u> Objection. This request seeks irrelevant documents, documents which are overly burdensome to produce, and/or documents which contain proprietary and confidential information. The request is also overly broad in time and scope.

<u>REQ. 12</u> Each and every document constituting, referring or relating to invoices rendered by Women and Infants Hospital to any HMO, PPO, government agency, or medical insurance carrier, whether or not located in the State of Rhode Island, for services that are the same or similar to the services provided to Ms. Doe and Baby Doe.

<u>RESP. 12</u> Objection. This request seeks irrelevant documents, documents which are overly burdensome to produce, and/or documents which contain proprietary and confidential information. Additionally, some of the documents and/or information responsive to this request are protected by confidentiality provisions in contractual agreements with third-party payors. The request is also overly broad in time and scope.

<u>REQ. 13</u> Each and every document constituting, referring or relating to payments received by Women and Infants Hospital from or on behalf of any HMO, PPO, government agency, or medical insurance carrier, whether or not located in the State of Rhode Island, for services that are the same or similar to the services provided to Ms. Doe and Baby Doe.

<u>RESP. 13</u> Objection. This request seeks irrelevant documents, documents which are overly burdensome to produce, and/or documents which contain proprietary and confidential information. Additionally, some of the documents and/or information responsive to this request are protected by confidentiality provisions in contractual agreements with third-party payors. The request is also overly broad in time and scope.

<u>REQ. 14</u> Each and every document constituting, referring or relating to communications, correspondence, notes, memoranda, e-mail or other documents relating to any of the facts or claims alleged by Women & Infants Hospital in this action.

<u>RESP. 14</u> Objection. This request seeks documents which are protected by privilege including but not limited to the attorney-client privilege and/or the work product doctrine. Without waiving the objection, please refer to the documents attached to the Memorandum of Law in Support of Plaintiff's Objection to Defendant's Motion to Dismiss. As discovery is ongoing, Plaintiff reserves the right to supplement this response as additional responsive documents become available.

<u>REQ. 15</u> Each and every document constituting, referring or relating to any statement by any party to this lawsuit referring or relating to this action or its subject matter.

<u>RESP. 15</u> Please refer to the documents attached to the Memorandum of Law in Support of Plaintiff's Objection to Defendant's Motion to Dismiss. As discovery is ongoing, Plaintiff reserves the right to supplement this response as additional responsive documents become available.

REQ. 16 Each and every document you intend to use as an exhibit at trial.

RESP. 16 Objection. This requests seeks documents which are protected by the work product privilege and reflect the mental impressions of counsel. Without waiving the objection, copies of trial exhibits will be provided to Defendant in accordance with this Court's Pre-Trial Order and the Local Rules of Civil Procedure.

REQ. 17 Each and every report or comparable document generated by each expert you expect to call as a witness at trial.

RESP. 17 Objection. This request seeks materials beyond the scope of permissible expert discovery allowed pursuant to Rule 26 and Rule 34 of the Federal Rules of Civil Procedure. Without waiving the objection, Plaintiff will supplement this response in accordance with the Federal Rules of Civil Procedure, the Local Rules of Civil Procedure, and the Pre-Trial Order if and when responsive documents are prepared.

Plaintiff,
WOMEN & INFANTS' HOSPITAL
OF RHODE ISLAND,
By Its Attorney,

Jeffrey S. Brenner (#4369)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel.: (401) 454-1042
Fax: (401) 454-1030

Date: August 24, 2005

CERTIFICATE OF SERVICE

I hereby certify that I mailed a copy of the within Plaintiff's Response to Defendant's First Request for Production of Documents to Brooks R. Magratten, Esq., Vetter & White, 20 Washington Place, Providence, RI 02903, and Andrew Zeitlin, Esq., Shipman & Goodwin LLP, 300 Atlantic Street, Stamford, CT 06901, on this 24th day of August, 2005.

P126065.1