Shipman & Goodwin LLP
COUNSELORS AT LAW

300 Atlantic Street
Stamford, Connecticut 06901-3522
Phone: (203) 324-8100

Andrew M. Zeitlin
Phone: (203) 324-8111
Fax: (203) 324-8199
azeitlin@goodwin.com

December 15, 2005

**VIA FACSIMILE AND U.S. MAIL**

Jeffrey S. Brenner, Esq.
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI 02903

Re: **Women & Infants' Hospital of Rhode Island v. CHNCT; CA No. 04-0535(ML)**

Dear Jeff:

This letter responds to your letter of December 1, 2005. In your letter, you requested that Community Health Network of Connecticut ("CHNCT") produce documents responsive to Plaintiff's Request for Production number 14, seeking documents relating to the transfer of Jane Doe from Community Health Center to Middlesex Hospital, and from Middlesex Hospital to plaintiff. To date, and notwithstanding its objections to that request, CHNCT has produced all documents responsive to that request. CHNCT reserves the right to supplement its response to that request, if additional responsive documents are located.

We would also like to resolve, in good faith, all other outstanding discovery issues before seeking judicial intervention. Specifically, Women & Infants' Hospital objected and did not produce documents responsive to CHNCT's First Request for Production of Documents, request numbers 11, 12, and 13. Contrary to the objection plaintiff has asserted to those requests, the documents sought are relevant to the issues in dispute because, among other things, they concern the reasonable value and customary charges associated with the services provided to Ms. Doe and Baby Doe. We are willing to limit the time period covered by the requests, and to enter into an agreement protecting the confidentiality of the documents.

Please let me know no later than December 22 if Women & Infants' Hospital will produce documents responsive to the requests.

Thank you for your prompt attention to this matter.

Very truly yours,

Andrew M. Zeitlin

AMZ/bpr
cc: Lynn Childs
Brooks Magratten, Esq.
Brian P. Rice, Esq.
127848 v.01