NIXON PEABODY LLP
ATTORNEYS AT LAW
One Citizens Plaza
Providence, Rhode Island 02903
(401) 454-1000
Fax: (401) 454-1030
Direct Dial: (401) 454-1042
E-Mail: jbrenner@nixonpeabody.com

January 6, 2006

**VIA FAX AND REGULAR MAIL**

Andrew M. Zeitlin, Esq.
Shipman & Goodwin LLP
300 Atlantic Street
Stamford, CT 06901

Re: Women & Infants Hospital of Rhode Island v. Community Health Network of Connecticut, Inc. C.A. No. 04-0535/ML

Dear Mr. Zeitlin:

Robert Menard is the person with most knowledge only with respect to item 1 of the Rule 30(b)(6) deposition. Please let me know if his deposition is going to happen on January 12 during the three hour block of availability that I previously discussed with you.

Additionally, I will let you know the identities and availability of the other people with most knowledge with respect to items 2, 3, 4, 5, and 6. I intend to file a Motion for a Protective Order with respect to the remaining items. I also intend to respond to the second request for production of documents and request to admit shortly even though the time to respond is not until the end of the month.

Please contact me if you wish to discuss this matter further.

Very truly yours,

Jeffrey S. Brenner

cc: Mr. Robert Menard (via fax)

P130488.1