UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
APR 11 2006
Property of U.S. District Court
District of Rhode Island

WOMEN & INFANTS' HOSPITAL
OF RHODE ISLAND

V.

COMMUNITY HEALTH NETWORK
OF CONNECTICUT, INC.

C.A. No. 04-0535/ML

## DISMISSAL STIPULATION

The parties hereby stipulate to the following:

1. Plaintiff's Complaint shall be dismissed with prejudice.

2. The parties shall bear their own costs and attorneys' fees.

Plaintiff,
Women & Infants' Hospital of
Rhode Island,
By its Attorney,

Jeffrey S. Brenner (#4369)
Nixon Peabody, LLP
Attorneys for Plaintiff
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030

Dated: April 10, 2006

Defendant,
Community Health Network of
Connecticut Inc.,
By its Attorneys,

Brooks R. Magratten (#3585)
Vetter & White
Attorneys for Defendant
20 Washington Place
Providence, RI 02903
Tel: (401) 421-3060
Fax: (401) 272-6803

Andrew Zeitlin, Esq.
Shipman & Goodwin LLP
300 Atlantic Street
Stamford, CT 06901
Tel: (203) 324-8100
Fax: (203) 324-8199

Enter: Mary M. Lisi USDJ 4/12/06